### IN THE UNITED STATES DISTRICT COURT FOR THE
### WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| DONNA K. LONG,                ) | |
| )                             | |
| Plaintiff,                    ) | |
| )                             | |
| v.                            ) | Case No. CIV-05-957-M |
| )                             | |
| JO ANNE B. BARNHART, Commissioner, ) | |
| Social Security Administration, ) | |
| )                             | |
| Defendant.                    ) | |

## ORDER

On May 17, 2006, United States Magistrate Judge Gary M. Purcell issued a Report and Recommendation [docket no. 21] in this action brought pursuant to 42 U.S.C. § 405(g) for judicial review of Defendant Commissioner of the Social Security Administration's ("Commissioner") final decision denying Plaintiff's application for disability insurance benefits under 42 U.S.C. §§ 416(i) and 423. Magistrate Judge Purcell recommends that the Commissioner's decision be affirmed. The parties were advised of their right to object to the Report and Recommendation by June 6, 2006. Plaintiff timely filed her objections.

In her objections Plaintiff asserts that the Magistrate Judge did not adequately consider her argument that the Administrative Law Judge ("ALJ") failed to provide an acceptable explanation of her actual limitations and erred in formulating her residual functional capacity without including all of her physical limitations. Plaintiff's Objections at 1, 2. Having carefully reviewed the Magistrate Judge's Report and Recommendation, Plaintiff's objections, and the administrative record, the Court finds that the Report and Recommendation accurately states the relevant law, fairly represents the facts contained in the administrative record, and correctly analyzes the interconnection between the two. The Court further finds that the Magistrate Judge adequately

considered all of Plaintiff's arguments, and, for the reasons set forth in the Report and Recommendation, that the decision of the Commissioner should be affirmed.

Accordingly, upon *de novo* review, the Court:

(1)   ADOPTS the thorough and well-reasoned Report and Recommendation issued by Magistrate Judge Purcell on April 28, 2006;

(2)   AFFIRMS the Commissioner's denial of Plaintiff's application for disability income benefits; and

(3)   ORDERS that judgment in favor of the Commissioner issue forthwith.

**IT IS SO ORDERED this 31st day of May, 2006.**

VICKI MILES-LaGRANGE
UNITED STATES DISTRICT JUDGE